IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| THOMAS A. DOLAN, )<br>    Plaintiff, )<br>v. )<br>    )<br>UNITED STATES OF AMERICA, )<br>GUY BLACKWELL, RANDALL KIZER, and )<br>BRUCE POSTON, )<br>    Defendants ) | No. 3:06-CV-208<br>(Phillips) |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed this day with the clerk, the motion to dismiss filed by the United States [Doc. 8] is **GRANTED,** and the United States of America, Guy Blackwell and Randall Kizer are hereby **DISMISSED** as defendants in this action**.** Defendant Bruce Poston remains as the sole defendant.

    **IT IS SO ORDERED**.

                **ENTER:**

                                    s/ Thomas W. Phillips
                                United States District Judge